IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action No. 2:13-cv-54-FL

| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY, ) <br> as subrogee of Leeland Farms, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PATRICK E. ROHME, ) <br> ) <br> Defendant. ) <br> ) | **ENTRY OF DEFAULT** |

WHEREAS, it has made to appear to the undersigned Clerk of the United States District Court for the Eastern District of North Carolina, upon Plaintiff's Motion for Entry of Default, that Defendant Patrick E. Rohme is subject to default as provided by Rule 55(a) of the Federal Rules of Civil Procedure;

NOW, THEREFORE, default is hereby entered against Defendant Patrick E. Rohme in this action.

*Julie A. Richards*  12/9/2013
CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
NORTH CAROLINA