| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY, as subrogee of Leeland Farms, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICK E. ROHME,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **JUDGMENT**<br>)<br>)   No. 2:13-CV-54-FL<br>)<br>)<br>)<br>) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's Motion for Default Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 16, 2014, that plaintiff's Motion for Default Judgment is granted in part and denied in part. Judgment is hereby entered against defendant Patrick E. Rohme in the amount of One Hundred Thirty-Six Thousand Seven Hundred Sixty Eight and 65/100 Dollars ($136,768.65), with interest at the legal rate from and after entry of judgment until paid in full.

**This Judgment Filed and Entered on January 16, 2014, and Copies To:**
George E. Eppensteiner (via CM/ECF Notice of Electronic Filing)
Laura E. Dean (via CM/ECF Notice of Electronic Filing)
Patrick E. Rohme (via U.S. Mail) 51 Connecticut Avenue, Greenwich, CT 06830


This 16th day of January, 2014.        JULIE A. RICHARDS, CLERK
                                                          /s/ Christa N. Baker
                                                      (By) Christa N. Baker, Deputy Clerk